UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALVARO JIMENEZ,

Plaintiff,

v.

SLM PRIVATE EDUCATION STUDENT LOAN TRUST 2011-A, et al.,

Defendants.

Case No. 17-cv-01624-KAW

**ORDER TO SHOW CAUSE**

On March 24, 2017, Plaintiff Alvaro Jimenez filed the instant suit against Defendants SLM Private Education Student Loan Trust 2011-A, Law Offices of Harris & Zide, and Flint C. Zide, asserting violations of the Federal Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act. (Dkt. No. 1 ¶ 1.) Federal Rule of Civil Procedure 4(m) states:

> If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

As of the date of this order, Plaintiff has yet to obtain a summons in this case. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than **July 10, 2017**, why Plaintiff's case should not be dismissed for failure to serve the complaint.

IT IS SO ORDERED.

Dated: June 26, 2017

KANDIS A. WESTMORE
United States Magistrate Judge