JAMES A. MICHEL, CA Bar No. 184730
  attyjmichel@gmail.com
2912 DIAMOND STREET, #373
SAN FRANCISCO, CA 94131
TELEPHONE: 415.239.4949
FAX: 415.239.0156

*Attorney for Plaintiff Alvaro Jimenez*

JASON Y. WU, CA Bar No. 313368
  jwu@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

*Attorneys for Defendant SLM PRIVATE EDUCATION LOAN TRUST 2011-A*

FLINT C. ZIDE, CA Bar No. 160369
  fzide@harrisandzide.com
**LAW OFFICES OF HARRIS & ZIDE**
1445 HUNTINGTON DRIVE, SUITE 300
SOUTH PASADENA, CA 91030
TELEPHONE: 626.799.8444
FAX: 626.799.8419

*Attorneys for Defendants Law Offices of Harris & Zide and Flint C. Zide*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ALVARO JIMENEZ, | Case No. 4:17-cv-01624-KAW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS** AS MODIFIED |
| vs. | Judge: Kandis A. Westmore |
| SLM PRIVATE EDUCATION STUDENT LOAN TRUST 2011-A, et al. | |
| Defendants. | |

**WHEREAS,** on March 24, 2017, Plaintiff Alvaro Jimenez filed a complaint in this action against Defendants SLM Private Education Loan Trust 2011-A (SLM), the Law Offices of Harris & Zide (H&Z), Mr. Flint C. Zide, and Does 1-10, alleging that, by filing a debt-collection action against the plaintiff in California state court, defendants H&Z and Zide violated the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and defendants SLM and H&Z violated California's Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.*;

**WHEREAS**, the state-court action cited in the complaint is *SLM Private Education Student Loan Trust 2011-A v. Jimenez, et al.*, Case No. CLJ 537908, which was filed in the Superior Court of San Mateo County on March 24, 2016, and remains pending;

**WHEREAS,** on August 9, 2017, the Court ordered the plaintiff and SLM to file supplemental briefs addressing, among other issues, whether the Court should abstain from deciding this case in accordance with *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), in light of the pending state-court action, due to the overlapping nature of the claims and issues presented and to prevent duplicative litigation in the state and federal courts;

**WHEREAS**, on August 23, 2017, the Court ordered the parties to meet and confer regarding the possibility of stipulating to a stay of this case pending resolution of the state-court action;

**WHEREAS**, the parties met and conferred on August 28, 2017, and agree that the issues and claims presented by this action overlap with those presented in the pending state-court action, and that a stay of these proceedings is warranted as a final decision in the pending state-court action may resolve the claims presented here;

**WHEREAS,** the parties therefore agree that a stay of this action pending a final decision in the state-court action would serve the interests of justice, efficiency, and judicial economy;

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:**

(1) This action shall be stayed pending a final resolution of the California state-court action entitled *SLM Private Education Student Loan Trust 2011-A v. Jimenez, et al.*, Case No. CLJ 537908;

(2) The plaintiff agrees to file a status report with the Court within seven days after the final resolution of the state-court matter to advise the Court of the resolution.

**IT IS SO STIPULATED.**

DATED: August 30, 2017

**FOLEY & LARDNER LLP**

/s/ Jason Y. Wu
Jason Y. Wu
*Attorneys for Defendant SLM PRIVATE EDUCATION LOAN TRUST 2011-A*

DATED: August 30, 2017

**LAW OFFICES OF HARRIS & ZIDE**

/s/ Flint C. Zide
Flint C. Zide
*Attorneys for Defendants Law Offices of Harris & Zide and Flint C. Zide*

DATED: August 30, 2017

/s/ James A. Michel
James A. Michel
*Attorney for Plaintiff Alvaro Jimenez*

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to Civil L.R. 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the other signatories to the document.

DATED: August 30, 2017

/s/ Jason Y. Wu
Jason Y. Wu

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, good cause appearing therefor, this action is hereby stayed pending a final resolution of the state-court matter before the Superior Court of San Mateo County, California entitled *SLM Private Education Student Loan Trust 2011-A v. Jimenez, et al.*, Case No. CLJ 537908. Plaintiff shall file a status report with the Court within seven days after the final resolution of the state-court matter to advise the Court of the resolution.

In light of the stay, Defendant SLM's motion to dismiss (Dkt. No. 23) and Plaintiff's motion to extend time to serve (Dkt. No. 28) are terminated.

**IT IS SO ORDERED.**

DATED: __August 30, 2017__

_____
KANDIS A. WESTMORE
MAGISTRATE JUDGE