1  James A. Michel
   State Bar No. 184730
2  2912 Diamond St. #373
   San Francisco CA 94131
3  415/ 239-4949
   (Fax 239-0156)
4  attyjmichel@gmail.com

5  Attorney for Plaintiff
   ALVARO JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND COURTHOUSE

| | |
|---|---|
| ALVARO JIMENEZ, an individual, | Case No. 4:17-cv-01624-KAW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: DISMISSAL |
| SLM PRIVATE EDUCATION STUDENT LOAN TRUST 2011-A; LAW OFFICES OF HARRIS & ZIDE, a California Unincorporated Association; and FLINT C. ZIDE, individually and in his official capacity; and DOES 1 through 10, inclusive, | Date : Time: Loc'n: 1301 Clay St., Oakland CA Judge: Kandis A. Westmore |
| Defendants. _____/ | |

The parties:

Plaintiff ALVARO JIMENEZ, by and through his attorney, James A. Michel, Attorney at Law;

and Defendant SLM PRIVATE EDUCATION LOAN TRUST 2011-A, by and through its attorneys, Jason Y. Wu and Foley & Lardner, LLP,

and Defendants, LAW OFFICES OF HARRIS & ZIDE and FLINT C. ZIDE by and through their attorneys, Flint C. Zide and Law Offices of Harris & Zide;

///
///

hereby stipulate for an order dismissing this case with prejudice, following settlement:

DATED: ___July 18___, 2019          /s/ Jason Y. Wu
                                    Jason Y. Wu, SBN: 313368
                                    Foley & Lardner, LLP
                                    Attorneys for Defendant
                                    SLM PRIVATE EDUCATION LOAN
                                    TRUST 2011-A

DATED: ___April 24___, 2019         /s/ Flint C. Zide
                                    Flint C. Zide, SBN: 160369
                                    Law Offices of Harris & Zide
                                    Attorneys for Defendants
                                    LAW OFFICES OF HARRIS & ZIDE
                                    and FLINT C. ZIDE

DATED: ___April 25___, 2019         /s/ James A. Michel
                                    JAMES A. MICHEL
                                    Attorney for Plaintiff
                                    ALVARO JIMENEZ

Attestation pursuant to L.R. 5-1(i)(3)

The undersigned attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: __July 18__, 2019         ____/s/   James A. Michel____
                                  JAMES A. MICHEL
                                  Attorney for Plaintiff
                                  ALVARO JIMENEZ


IT IS SO ORDERED.


DATED: _____

                                  _____
                                  HON. KANDIS WESTMORE
                                  United States Magistrate Judge