James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
ALVARO JIMENEZ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND COURTHOUSE

| | |
|---|---|
| ALVARO JIMENEZ, an individual, | Case No. 4:17-cv-01624-KAW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: DISMISSAL |
| SLM PRIVATE EDUCATION STUDENT LOAN TRUST 2011-A; LAW OFFICES OF HARRIS & ZIDE, a California Unincorporated Association; and FLINT C. ZIDE, individually and in his official capacity; and DOES 1 through 10, inclusive, | Date : Time: Loc'n: 1301 Clay St., Oakland CA Judge: Kandis A. Westmore |
| Defendants. | |

_____/

The parties:

Plaintiff ALVARO JIMENEZ, by and through his attorney, James A. Michel, Attorney at Law;

and Defendant SLM PRIVATE EDUCATION LOAN TRUST 2011-A, by and through its attorneys, Jason Y. Wu and Foley & Lardner, LLP,

and Defendants, LAW OFFICES OF HARRIS & ZIDE and FLINT C. ZIDE by and through their attorneys, Flint C. Zide and Law Offices of Harris & Zide;

/ / /

/ / /

1

2      hereby stipulate for an order dismissing this case with prejudice, following

3      settlement:

4

5

6

7      DATED: _____July 18_____, 2019          _____/s/   Jason Y. Wu_____
                                               Jason Y. Wu, SBN: 313368
8                                              Foley & Lardner, LLP
                                               Attorneys for Defendant
9                                              SLM PRIVATE EDUCATION LOAN
                                               TRUST 2011-A
10

11

12
       DATED: _____April 24_____, 2019         _____/s/ Flint C. Zide_____
13                                             Flint C. Zide, SBN: 160369
                                               Law Offices of Harris & Zide
14                                             Attorneys for Defendants
                                               LAW OFFICES OF HARRIS & ZIDE
15                                             and FLINT C. ZIDE

16

17

18     DATED: ___April 25____, 2019           _____/s/ James A. Michel_____
                                               JAMES A. MICHEL
19                                             Attorney for Plaintiff
                                               ALVARO JIMENEZ
20

21

22

23

24

25

26

27

28

1

2          Attestation pursuant to L.R. 5-1(i)(3)

3          The undersigned attests that concurrence in the filing of this document has
   been obtained from each of the other Signatories, which shall serve in lieu of their
4  signatures on the document.

5

DATED:  __July 18___, 2019                    _____/s/   James A. Michel____
6                                             JAMES A. MICHEL
                                              Attorney for Plaintiff
7                                             ALVARO JIMENEZ

8

9

          IT IS SO ORDERED.
10

11

DATED:  __July 30, 2019_____
12

13                                            _____
                                              HON. KANDIS WESTMORE
14                                            United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28